AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Interlokt Computing Systems LLC | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    2:26-cv-208 |
| Phoenix Contact GmbH & Co. KG. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interlokt Computing Systems LLC                                    .

Date:     03/17/2026                         /s/ Isaac Rabicoff
                                                       *Attorney's signature*

                                                    Isaac Rabicoff
                                              *Printed name and bar number*

                                                  Rabicoff Law LLC
                              4311 N Ravenswood Ave Suite 315, Chicago, IL 60613
                                                      7736694590
                                                      *Address*

                                                isaac@rabilaw.com
                                                  *E-mail address*

                                                  (773) 669-4590
                                                *Telephone number*

                                                    *FAX number*